# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 3:21-CR-00049-RCJ-CSD** |
| Plaintiff, | **ORDER EXTENDING CERTAIN PRETRIAL DEADLINES** |
| vs. | |
| **SUKHDEV SINGH SIDHU,** | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, IT IS ORDERED that:

1. The Expert Witness Disclosure deadline is continued until March 9, 2023;

2. The Jencks Act Disclosure deadline is continued until March 24, 2023;

3. The Rebuttal Expert Witness Disclosure deadline is continued until April 7, 2023;

4. All other previously scheduled deadlines shall remain in force and effect.

**IT IS SO ORDERED** this 23rd day of November 2022

_____
HON. ROBERT C. JONES
UNITED STATES DISTRICT COURT JUDGE