JEFFREY B. SETNESS
Nevada State Bar No. 2820
FABIAN VANCOTT
411 East Bonneville Avenue, Suite 400
Las Vegas, NV 89101
Telephone:	(702) 286-2626
Facsimile:	(877) 898-1168
JSetness@fabianvancott.com

AARON M. MAY (Admitted *Pro Hac Vice*)
California State Bar No. 207751
CATHERINE H. THOMPSON (Admitted *Pro Hac Vice*)
California State Bar No. 313391
HALPERN MAY YBARRA GELBERG LLP
550 South Hope Street, Suite 2330
Los Angeles, CA  90071-1560
Telephone:	(213) 402-1900
Facsimile:	(213) 402-1901
Aaron.May@halpernmay.com
Catherine.Thompson@halpernmay.com

Attorneys for Defendant
SUKHDEV SINGH SIDHU

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUKHDEV SINGH SIDHU,<br><br>Defendant. | CASE NO. 3:21-CR-00049-RCJ-CSD<br><br>**STIPULATION TO EXTEND DEADLINE FOR OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

STIPULATION TO CONTINUE DEADLINE FOR OBJECTIONS TO REPORT AND RECOMMENDATION

The undersigned parties respectfully submit the following Stipulation and Proposed Order for the Court's consideration.

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the government and undersigned counsel for Defendant Sukhdev Singh Sidhu ("Mr. Sidhu"), that the deadline for the parties to file objections to the Report and Recommendation, entered by Magistrate Judge Craig S. Denney (the "Magistrate") on March 17, 2023, is extended by **thirty (30) days** to **April 30, 2023,** to avoid having the parties and the Court unnecessarily expend resources on motion practice while the parties are engaged in discussions to resolve the case.

This Stipulation is entered into for the following reasons:

1. On March 8, 2023, the Magistrate conducted an evidentiary hearing on Mr. Sidhu's Motion to Disqualify the Prosecution Team.
2. On March 17, 2023, the Magistrate issued a Report and Recommendation to the Honorable Robert C. Jones recommending that the Court deny Mr. Sidhu's motion.
3. The parties are required to file objections to the Report and Recommendation within fourteen (14) days of March 17, 2023, resulting in a filing deadline of March 31, 2023.
4. The parties are currently negotiating resolution of this matter and wish to avoid burdening the Court with potentially unnecessary motion practice and therefore agree that an extension of the deadline is necessary.
5. On March 15, 2023, the parties filed a stipulation to continue the trial, and on March 17, 2023, the Court continued the trial to December 4, 2023.

WHEREFORE, the parties respectfully request that the Magistrate accept this Stipulation and enter an order extending the deadline for objections to the Report and Recommendation by thirty (30) days to April 30, 2023.

//
//
//
//
//

DATED: March 27, 2023            HALPERN MAY YBARRA GELBERG LLP


                                 By:   /s/ Aaron M. May
                                    AARON M. MAY
                                    *Attorneys for Defendant Sukhdev Singh Sidhu*


DATED: March 27, 2023            JAMES M. FRIERSON
                                 United States Attorney


                                 By:   /s/ Steven W. Myhre
                                    STEVEN. W. MYHRE
                                    RICHARD B. CASPER
                                    *Attorneys for the United States*


## ORDER

The Court having reviewed the foregoing Stipulation and good cause appearing therefor:

IT IS HEREBY ORDERED that the deadline for any party to file objections to the March 17, 2023 Report and Recommendation shall be extended by thirty (30) days to April 30, 2023.

IT IS SO ORDERED

DATE: March 27, 2023

                                 By: _____
                                    ROBERT C. JONES
                                    UNITED STATES DISTRICT JUDGE