JEFFREY B. SETNESS
Nevada State Bar No. 2820
FABIAN VANCOTT
411 East Bonneville Avenue, Suite 400
Las Vegas, NV 89101
Telephone:      (702) 286-2626
Facsimile:      (877) 898-1168
JSetness@fabianvancott.com

AARON M. MAY (Admitted *Pro Hac Vice*)
California State Bar No. 207751
CATHERINE H. THOMPSON (Admitted *Pro Hac Vice*)
California State Bar No. 313391
HALPERN MAY YBARRA GELBERG LLP
550 South Hope Street, Suite 2330
Los Angeles, CA  90071-1560
Telephone:      (213) 402-1900
Facsimile:      (213) 402-1901
Aaron.May@halpernmay.com
Catherine.Thompson@halpernmay.com

Attorneys for Defendant
SUKHDEV SINGH SIDHU

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUKHDEV SINGH SIDHU,<br><br>Defendant. | CASE NO. 3:21-CR-00049-RCJ-CSD<br><br><br>**STIPULATION AND                    ORDER EXTENDING DEADLINE FOR OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

1   The undersigned parties respectfully submit the following Stipulation and Proposed Order for

2   the Court's consideration.

3   IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the

4   government and undersigned counsel for Defendant Sukhdev Singh Sidhu ("Mr. Sidhu"), that the

5   deadline for the parties to file objections to the Report and Recommendation, entered by Magistrate

6   Judge Craig S. Denney (the "Magistrate") on March 17, 2023, is extended to **June 30, 2023,** so as to

7   avoid having the parties and the Court unnecessarily expend resources on motion practice where the

8   parties have agreed to resolve the case with a pretrial diversion agreement and are waiting on Pretrial

9   Services to finish their investigation into whether diversion is appropriate in this case.

10   This Stipulation is entered into for the following reasons:

11   1.   On March 8, 2023, the Magistrate conducted an evidentiary hearing on Mr. Sidhu's

12       Motion to Disqualify the Prosecution Team.

13   2.   On March 15, 2023, the parties filed a stipulation to continue the trial, and on March 17,

14       2023, the Court continued the trial to December 4, 2023.

15   3.   On March 17, 2023, the Magistrate issued a Report and Recommendation to the

16       Honorable Robert C. Jones recommending that the Court deny Mr. Sidhu's motion.

17   4.   The parties were required to file objections to the Report and Recommendation within

18       fourteen (14) days of March 17, 2023, resulting in a filing deadline of March 31, 2023.

19   5.   On March 27, 2023, the parties stipulated to extend that deadline by 30 days to April 30,

20       2023, as they were negotiating resolution of this matter and wished to avoid burdening the

21       Court with potentially unnecessary motion practice, and on that same day, the Court

22       granted the extension.

23   6.   The parties have now negotiated and agreed to resolve the case through pretrial diversion.

24       Pursuant to the policies and practices, it is necessary for Pretrial Services to also agree that

25       diversion is appropriate in this case and in order to make that determination, Pretrial

26       Services first conducts an investigation.   On March 29, 2023, the government requested a

27       diversion investigation and report from Pretrial Services for Mr. Sidhu.  Pretrial Services

28       has informed the parties that its deadline to complete its investigation and report is June

-2-

1    13, 2023.

2        7.      The parties wish to avoid spending their resources on and burdening the Court with

3             potentially unnecessary motion practice during the pending investigation, and therefore

4             agree that extending the deadline for objections to the Report and Recommendation until

5             after the completion of that investigation is in the interest of justice.

6

7        WHEREFORE, the parties respectfully request that the Magistrate accept this Stipulation and

8    enter an order further extending the deadline for objections to the Report and Recommendation to June

9    30, 2023.

10

11

12   DATED: April 24, 2023                    HALPERN MAY YBARRA GELBERG LLP

13

14                                            By:_____/s/ Aaron M. May_____
                                                  AARON M. MAY
15                                                *Attorneys for Defendant Sukhdev Singh Sidhu*

16

17   DATED: April 24, 2023                    JAMES M. FRIERSON
18                                            United States Attorney

19

20                                            By:_____/s/ Steven W. Myhre_____
                                                  STEVEN. W. MYHRE
21                                                RICHARD B. CASPER
22                                                *Attorneys for the United States*

23   //

24   //

25   //

26   //

27   //

28   //

STIPULATION EXTENDING DEADLINE FOR OBJECTIONS TO REPORT AND RECOMMENDATION

## <u>ORDER</u>

The Court having reviewed the foregoing Stipulation and good cause appearing therefor:

IT IS HEREBY ORDERED that the deadline for any party to file objections to the March 17, 2023 Report and Recommendation shall be extended to June 30, 2023.


IT IS SO ORDERED

DATE: April 25, 2023

By: _____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

-4-